UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
U.S. EQUAL EMPLOYMENT OPPORTUNITY             :
COMMISSION,                                                        :
                                                  Plaintiff,     :     20 Civ. 7766 (LGS)
:
                -against-                                    :             <u>ORDER</u>
:
RED ONE PLAZA, LLC, et al.,                                :
                               Defendants.   X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pre-trial conference in this matter is scheduled for November 19, 2020, at 10:40 A.M.

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

    **ORDERED** that the initial pre-trial conference is waived.  The case management plan and scheduling order will issue in a separate order.  If the parties believe that a conference would nevertheless be useful they should inform the court immediately so the conference can be reinstated.

Dated: November 17, 2020
          New York, New York

                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE